[No. 5974–0–III.   Division Three.   April 30, 1985.]

CONFEDERATED BANDS AND TRIBES OF THE YAKIMA INDIAN
NATION, ET AL, *Respondents,* v. LESTER
A. JOHNSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 57859, James R. Thomas, J., entered June 20, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 13584–8–I.   Division One.   May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
LESLIE BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00282–2, Rosselle Pekelis, J., entered July 6, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold and Grosse, JJ.

[Nos. 13967–3–I; 14912–1–I.   Division One.   May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
M. DEIESO, *Appellant.*

*In the Matter of the Personal Restraint of*
ROGER M. DEIESO, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8618, Stuart C. French, J., entered November 4, 1983, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Grosse, J.